IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT MARINO,

    Plaintiff,

vs.                                                     CV No. 12-0597 GBW/WPL

COUNTY OF SIERRA AND
SHERIFF JOE E. BACA, J.R.
individually and in his official
capacity as Sheriff of the County
of Sierra,

    Defendants.

## AMENDED ORDER SETTING HEARING

THIS MATTER is before the Court on Plaintiff's Motion for Hearing re Brief on Statutory Review by Direct Appeal. *Doc. 75*. The Court originally ordered a telephonic hearing on this Motion at 10:00 a.m. on May 21, 2013. *See doc. 78*.

The Court has determined that the parties should appear in person for oral argument. Wherefore, IT IS HEREBY ORDERED that counsel for all parties shall appear in the **Animas Courtroom at the United States Courthouse, 100 N. Church Street, Las Cruces, New Mexico at 9:30 a.m. on May 21, 2013**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by consent**